THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
ALFRED GAETTI and JOSEPH CAROSELLA, Appellants.

Argued November 20, 1940; decided December 31, 1940.

*Joseph L. Martin, David R. Siegel, Thomas R. Fay* and
*George C. Butler* for Alfred Gaetti, appellant.

*Edgar F. Hazleton* and *David Glickman* for Joseph
Carosella, appellant.

*Edward J. Neary, District Attorney* (*Philip Huntington* of
counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY,
SEARS, LEWIS and CONWAY, JJ.